FILED '05 DEC 19 11:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHAWN CORY FREITAG,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SUPREME COURT FOR THE<br>STATE OF OREGON,<br><br>    Defendant. | Civil No. 05-1652-CO<br><br>ORDER |

Magistrate Judge John F. Cooney filed his Findings and Recommendation on November 7, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1  - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16th day of Dec., 2005.

                                         Michael C. Hogan
                                  UNITED STATES DISTRICT JUDGE